[No. 17983-7-I. Division One. February 22, 1988.]

*In the Matter of the Personal Restraint of*
DOUGLAS H. BOLDUC, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Wetherall, J. Pro Tem., concurred in by Dore and Williams, JJ. Pro Tem. Now published at 51 Wn. App. 225.

[No. 19575-1-I. Division One. February 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY SCHOOLCRAFT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-00012-3, James D. McCutcheon, Jr., J., entered November 19, 1986. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Scholfield, C.J., and Webster, J.

[No. 9940-3-II. Division Two. February 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MARVIN S. BAILIN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-1-00043-0, Robert L. Charette, J., entered May 27, 1986. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.

[No. 10525-0-II. Division Two. February 25, 1988.]

CARSON F. ELLER, *Respondent,* v. BLOCK BROTHERS INDUSTRIES (U.S.A.), INC., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-04214-9, Karen B. Conoley, J., entered October 23, 1986. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.